```
 1  SEYFARTH SHAW LLP
    Giovanna A. Ferrari (SBN 229871)
 2  Email: gferrari@seyfarth.com
    Chantelle C. Egan (SBN 257938)
 3  Email: cegan@seyfarth.com
    560 Mission Street, 31st Floor
 4  San Francisco, California 94105
    Telephone:    (415) 397-2823
 5  Facsimile:    (415) 397-8549

 6  Ellen E. McLaughlin (Admitted Pro Hac Vice in Related
    Case Alex Morgan, et. al. v. United States Soccer
 7  Federation, Inc. (United States District Court, Central
    District of California Case No. 2:19-cv-01717-RGK-AGR)
 8  E-mail: emclaughlin@seyfarth.com
    Brian M. Stolzenbach (Admitted Pro Hac Vice in Related
 9  Case Alex Morgan, et. al. v. United States Soccer
    Federation, Inc. (United States District Court, Central
10  District of California Case No. 2:19-cv-01717-RGK-AGR)
    E-mail: bstolzenbach@seyfarth.com
11  233 South Wacker Drive, Suite 8000
    Chicago, Illinois 60606-6448
12  Telephone:    (312) 460-5000
    Facsimile:    (312) 460-7000
13

14  Attorneys for Petitioner
    UNITED STATES SOCCER FEDERATION, INC.
15
```

FILED
FEB 05 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES SOCCER FEDERATION, INC., | Case No. CV 20 80029 MISC. JSC |
|---|---|
| Petitioner, | **UNITED STATES SOCCER FEDERATION, INC.'S AMENDED NOTICE OF MOTION TO ENFORCE SUBPOENA** |
| v. | |
| U.S. WOMEN'S NATIONAL TEAM PLAYERS ASSOCIATION, | Subpoena served in *Alex Morgan, et. al. v. United States Soccer Federation, Inc.* (United States District Court, Central District of California, Case no. 2:19-cv-01717-RGK-AGR) |
| Respondent. | |

---

UNITED STATES SOCCER FEDERATION, INC.'S AMENDED NOTICE OF MOTION TO ENFORCE SUBPOENA
CASE NO. CV 20 80029 MISC. JSC

**TO THE U.S. WOMEN'S NATIONAL TEAM PLAYERS ASSOCIATION AND ITS COUNSEL AND ALL PARTIES OF RECORD IN UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA CASE NO. 2:19-CV-01717-RGK-AGR:**

**PLEASE TAKE NOTICE** that on March 17, 2020 at 9:00 a.m. in Courtroom E, 15th Floor in the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, Petitioner the U.S. Soccer Federation, Inc. ("U.S. Soccer" or "Federation") will and hereby does move, pursuant to Federal Rules of Civil Procedure 37 and 45, for an order compelling the U.S. Women's National Team Players Association ("Women's Union") to produce unreacted versions of fourteen e-mails, and their attachments, exchanged between the Women's Union and the U.S. National Soccer Team Players Association ("Men's Union") in response to the Federation's third-party subpoena issued in the case entitled *Alex Morgan et al. v. The U.S. Soccer Federation,* Case no. 2:19-cv-01717-RGK-AGR, pending in the United States District Court, Central District of California.

This motion is made on the grounds that the Women's Union redacted significant portions of these communications on the grounds that they disclosed information protected by the qualified collective bargaining privilege held by the Men's Union. However, the redacted information necessarily lacks the requisite confidentiality to qualify as privileged and, in any event, the Men's Union waived any claimed privilege in the information by voluntarily disclosing it to the Women's Union—a wholly separate and independent entity.

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith and the declarations of Tom King and Giovanna A. Ferrari, the arguments of counsel and the records and files in this and the *Morgan* case.

DATED: February 5, 2020    SEYFARTH SHAW LLP

By:  */s/ Giovanna A. Ferrari*
Giovanna A. Ferrari
Chantelle C. Egan
Attorneys for UNITED STATES SOCCER FEDERATION, INC.

1

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw, LLP, 560 Mission Street, Suite 3100, San Francisco, CA 94105. On February 5, 2020, I served the following documents:

**UNITED STATES SOCCER FEDERATION, INC.'S AMENDED NOTICE OF MOTION TO ENFORCE SUBPOENA**

I hereby certify that I served the foregoing documents via e-mail on counsel of record for the Women's Union, the Men's Union, Plaintiffs in *Alex Morgan, et. al. v. United States Soccer Federation, Inc.* (United States District Court, Central District of California Case No. 2:19-cv-01717-RGK-AGR) at the following addresses:

Matthew Clash-Drexler (mcdrexler@bredhoff.com)
Elisabeth Oppenheimer (eoppenheimer@bredhoff.com)
Mark Levinstein (mLevinstein@wc.com)
Jeffrey L. Kessler (jkessler@winston.com)
David G. Feher (dfeher@winston.com)
Cardelle B. Spangler (cspangler@winston.com)
Diana Hughes Leiden (dhleiden@winston.com)
Jeanifer E. Parsigian (jparsigian@winston.com)
Lev Tsukerman (ltsukerman@winston.com)

I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct. Executed this 5th day of February, 2020.

*/s/ Giovanna A. Ferrari*
Giovanna A. Ferrari

UNITED STATES SOCCER FEDERATION'S AMENDED NOTICE OF MOTION TO ENFORCE SUBPOENA
CASE NO. CV 20 80029 MISC. JSC