# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | MC 20-0017-RGK (AGRx) | | Date | March 9, 2020 |
|---|---|---|---|---|
| Title | United States Soccer Federation, Inc. v. U.S. Women's National Team Players Association. | | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Karl Lozada | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:** (In Chambers) ORDER TO SHOW CAUSE WHY DEFENDANT'S AMENDED MOTION TO ENFORCE SUBPOENA SHOULD NOT BE DENIED AS UNTIMELY

On February 4, 2020, Plaintiff United States Soccer Federation ("USSF") filed a motion to enforce a subpoena served upon the U.S. Women's National Team Players Association ("WNTPA") in the Northern District of California. On February 5, USSF filed an amended motion and, on February 6, 2020, filed a second amended motion. USSF seeks an order requiring WNTPA to produce unredacted versions of 14 emails and their attachments exchanged between the WNTPA and the U.S. National Soccer Team Players Association ("Men's Union"). (Dkt. No. 7.)

On February 24, 2020, the court in the Northern District of California transferred the motion to the Central District of California. (Order, Dkt. No. 14.) On March 3, 2020, the case was re-assigned to this court. (Dkt. No. 19.)

The subpoena at issue was served in *Alex Morgan, et al. v. United States Soccer Federation, Inc.*, CV 19-1717 RGK (AGRx), a case pending in this court. The discovery cut-off date passed on February 6, 2020. (Order, Dkt. No. 58.) Pursuant to the Court's Order for Jury Trial filed on August 20, 2019, the discovery cut-off date is "the date by which all discovery is to be completed.") (Order, Dkt. No. 60 at 2 ¶ 2.) As guidance, the order further states: "Any motion challenging the adequacy of responses to discovery must be filed timely, and served and calendared sufficiently in advance of the discovery cut-off date to permit the responses to be obtained before that date, if the motion is granted." (*Id.* at 2 ¶ 2(c).) The current schedule provides that the Local Rule 16-2 pretrial meeting of counsel will take place by March 17, 2020, next week. (Order, Dkt. No. 183.) The pretrial conference is set for April 20, 2020 and trial is set for May 5, 2020. (Dkt. No. 58.) On February 20, 2020, the parties filed pending motions for summary judgment and to exclude expert testimony under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). (Dkt. Nos. 167, 170, 171.)

IT IS ORDERED that, on or before March 19, 2020, Plaintiff shall show cause in writing why

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MC 20-0017-RGK (AGRx) | Date | March 9, 2020 |
|---|---|---|---|
| Title | United States Soccer Federation, Inc. v. U.S. Women's National Team Players Association. | | |

the second amended motion to enforce the subpoena should not be denied as untimely. If Plaintiff does not timely respond to this order to show cause, the second amended motion will be denied as untimely.

|  | 0 | : | 0 |
|---|---|---|---|
| Initials of Preparer | kl | | |